

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-24-00556-CV

Jesse **RODRIGUEZ**,
Appellant

v.

**HOUSING AUTHORITY OF THE CITY OF SAN ANTONIO**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2024CV05404
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Velia J. Meza, Justice

Delivered and Filed: February 12, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on October 31, 2024. On November 5, 2024, we notified appellant by letter that the brief was late. On December 2, 2024, we ordered appellant to file their brief and to show cause in writing by December 17, 2024, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1); *id.* R. 42.3(b), (c). On January 7, 2025, we again notified appellant by letter that the brief was late. Appellant did not respond to this court's order, and, to date, appellant has not filed a brief. Because appellant failed to timely file a brief, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3.

PER CURIAM